UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>MATTHEW SEQUIN,<br><br>Defendant.<br>_____/ | Case No.<br><br>Honorable:<br><br>Violation(s):<br>18 U.S.C. § 922(g)(3) | Case: 2:21-cr-20617<br>Hon. Terrence G. Berg<br>Filed: 9/29/2021<br>INF USA V SEQUIN (LH) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
*Possession of a Firearm by an Unlawful User of a Controlled Substance*
**18 U.S.C. § 922(g)(3)**

On or about September 18, 2017, in the Eastern District of Michigan, defendant MATTHEW SEQUIN, knowing he was an unlawful user of a controlled substance, knowingly possessed a firearm, that is:

- One (1) Smith & Wesson Model 1076 10mm, SN: TFS 3424

said firearm having previously traveled in interstate and/or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(3).

## **FORFEITURE ALLEGATIONS**

## **(Criminal Forfeiture – 18 U.S.C. § 924(d) and 28 U.S.C. § 2461)**

The allegations contained in Count One of this Information are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461. Upon conviction of the violation charged in Count One of this Information, defendant shall forfeit to the United States any firearm or ammunition involved in or used in any knowing violation the offenses including, but not limited to, one (1) Smith & Wesson Model 1076 10mm, SN:, pursuant to Title 18, United States Code, Section 924(d)(1) together with Title 28 United States Code, Section 2461(c).

SAIMA S. MOHSIN
Acting United States Attorney

*s/Craig F. Wininger*
Craig F. Wininger
Assistant United States Attorney
Chief, Violent & Organized Crime Unit

*s/Eric M. Straus*
Eric M. Straus
Assistant United States Attorney

Date: September 29, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number | 2:21-cr-20617 |
|---|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: *s/ Eric Straus* |

**Case Title:** USA v. MATTHEW SEQUIN

**County where offense occurred:** Macomb

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

 ____Indictment/____Information --- **no** prior complaint.
 ____Indictment/ ✓ Information --- based upon prior complaint [**Case number:** 18-mj-30398 ]
 ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

September 29, 2021
Date

*s/ Eric Straus*
Eric Straus
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9648
Fax:   (313) 226-5464
E-Mail address: Eric.Straus@usdoj.gov
Attorney Bar #: P38266

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.